AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Curtis R. Hill,

        Plaintiff

vs.

Adell Dobey, Polly Hall, John Does, Jane Does, Bertha Shealey,

        Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:08-cv-03772-HMH

**[X]**    **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

       **IT IS ORDERED AND ADJUDGED** that this complaint is dismissed without prejudice.

LARRY W. PROPES, Clerk

April 14, 2009

By s/Nora Chandler
    Deputy Clerk